DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDSON SOUSA MELO,**
Appellant,

v.

**NELINDA LOPEZ,**
Appellee.

No. 4D21-2367

[November 3, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda A. Alley, Judge; L.T. Case No.FMCE 20-002094 (40).

Edson Sousa Melo, Hollywood, pro se.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***